**Application for Multi-Court Exemption**
Supplemental Material

Edward K. Cheng, PACER Account #6564086
Hillel Bavli, PACER Account #7864859
Kathryn Powell, PACER Account #7628692

In response to our previous exemption application, your office asked us to answer the following questions. We hope the explanation below will be helpful.

> a. How many cases or documents do you estimate would answer or meet the needs of your research question/design
> b. What are the specific types of documents you plan to search on PACER?? Are all of those documents readily available on PACER?
> c. You indicated in your application that there are two other individuals on your research team. Will they have access to the data you are requesting exemption for??

We are working on a research project involving the use of special verdicts and jury interrogatories in federal civil cases. The research team consists of Ed Cheng (Hess Professor of Law, Vanderbilt University), Hillel Bavli (Associate Professor of Law, Southern Methodist University), and Kathryn Powell (2L student and research assistant at Vanderbilt). All three of us have applied separately for an exemption. The bulk of the searching in PACER will be conducted by Powell, but all will store and use the gathered documents.

Our project is interested in:
　　i) the frequency with which special verdicts/jury interrogatories are used in federal civil cases, which appears to be far more common that conventionally thought;
　　ii) the way in which substantive elements or facts are broken down on interrogatories or verdict forms, and its evidentiary implications; and
　　　iii) the way in which damages are broken down by categories.

To study the frequency of special verdicts and its change over time, our research requires looking at a large number of cases in three fields over a period of years. In particular, we propose looking at special verdict frequency every four years between 1991-2023, and in three fields – torts, copyright, and employment discrimination. Fields will be defined based on a case's classification in the FJC database – i.e., Torts (245, 310, 315, 340, 345, 350, 355, 360, 362, 365), Copyright (820), and Employment Discrimination (442).

Based on our searches of the FJC database, we will be looking at the number of cases per year per subject area as seen in the table below.

| Year | Subject Area | | |
|------|-------|------------------------|-----------|
|      | Torts | Employment Discrimination | Copyright |
| 2023 | 119   | 89   | 8  |
| 2019 | 211   | 154  | 13 |
| 2015 | 264   | 222  | 22 |
| 2011 | 320   | 259  | 18 |
| 2007 | 248   | 394  | 22 |
| 2003 | 445   | 529  | 22 |
| 1999 | 845   | 785  | 15 |
| 1995 | 1733  | 648  | 13 |
| 1991 | 1136  | 251  | 13 |

To keep search costs manageable, we propose sampling a maximum of 150 cases per year-subject when possible. With this cap of 150 cases, our study will require inquiry into approximately 2750 cases.

To study special verdict or jury interrogatory usage will require obtaining the actual verdict forms used in each case. These verdict forms are readily available on PACER, a fact we observed while doing preliminary research. However, obtaining the verdict forms requires searching docket sheets on PACER and then ultimately downloading the verdict form. To estimate the number of pages necessary to obtain the desired information, we took a sample of ten cases in two year/subject combinations (2023/442 (Employment) and 2003/360 (Other Personal Injury)) and tracked the number of pages needed to obtain the verdict form. The average number of pages for 2023/442 (Employment) was 18.7, and for 2003/360 (Other Personal Injury) was 5.5.

Based on these estimates, we expect our project requiring on the order of between approximately 15,000 (i.e., 5.5 * 2750) and 50,000 (i.e., 18.7 * 2750) pages in total.

Once we have obtained the jury interrogatories or verdict forms, we can calculate their rate of use, study the way in which the substantive elements are broken down, and observe how damages are categorized.